ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
TIMOTHY D. KUHLS, ESQ.
Nevada Bar No. 13362
MATTHEW B. BECKSTEAD, ESQ.
Nevada Bar No. 14168
**PHILLIPS, SPALLAS & ANGSTADT, LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
(702) 938-1511 (Facsimile)
rphillips@psalaw.net
tkuhls@psalaw.net
mbeckstead@psalaw.net

*Attorneys for Defendant*
*Walmart, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WENDI BRUCE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>WALMART, INC., a foreign corporation d/b/a WALMART; DOES I through X, inclusive; ROE CLEANING COMPANY; ROE REPAIR COMPANY; and ROE CORPORATIONS I through X, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:21-cv-00534-RFB-DJA<br><br>**STIPULATION TO EXTEND DISCOVERY DEADLINES**<br><br>**(FIRST REQUEST)** |

　　　　COMES NOW, Defendant WALMART, INC., (hereinafter "Defendant") by and through its counsel of record, the law firm of PHILLIPS, SPALLAS & ANGSTADT, LLC, and Plaintiff WENDI BRUCE (hereinafter "Plaintiff") (collectively, the "Parties"), by and through his counsel of record, the law firm of DEAVER | CRAFTON LAW FIRM, having conducted a Rule 26(f) conference via telephone on April 15, 2021, hereby stipulate to extend the discovery deadlines and seek this Honorable Court's order according with the following terms, pursuant to LR IA 6-1 and LR 26-3:

///

///

- 1 -

## DISCOVERY COMPLETED

To date, the Parties in this action have conducted discovery as follows:

1. The Parties conducted their Rule 26(f) conference via telephone on April 15, 2021;
2. Defendant served initial Rule 26(a) disclosures on April 15, 2021;
3. Plaintiff served *Plaintiff's Initial Disclosures Pursuant to F.R.C.P. 26(a)(1)*, on April 26, 2021;
4. Plaintiff served *Plaintiff's Amended Initial Disclosures Pursuant to F.R.C.P. 26(a)(1)*, on April 30, 2021;
5. Defendant served its first supplemental disclosures on April 21, 2021;
6. Defendant served its second supplemental disclosures on May 27, 2021;
7. Defendant served its third supplemental disclosures on June 23, 2021; and
8. Defendant served its fourth supplemental disclosures on June 25, 2021.
9. Please take note that Plaintiff's *Substitution of Counsel* [ECF NO. 15] was entered into this action on June 9, 2021, substituting Nathan S. Deaver, Esq. and Brice J. Crafton, Esq., of the law firm Deaver | Crafton, instead of Shawn Walkenshaw, Esq. and Mary A. Huggins, Esq., of the law firm Sandoval James & Walkenshaw, as Plaintiff's counsel of record in this action.

## DISCOVERY THAT REMAINS TO BE COMPLETED

Defendant propounded written discovery on May 26, 2021, but has yet to take any depositions. It is unclear if Plaintiff is still treating, and if she is, Defendant will probably ask Plaintiff to stipulate to a Rule 35 examination regarding her present condition. Plaintiff also propounded written discovery on May 26, 2021. The Parties have agreed to a two-week extension of the response deadlines for these requests, as Plaintiff's counsel is new to this action and is moving this week. Defendant is currently identifying responsive documents, is in the process of disclosing those documents, and should be disclosing those documents and responding to Plaintiff's written discovery within the next two weeks.

The Parties have not yet disclosed any experts or written reports. Defendant is working with Plaintiff to obtain a stipulated protective order to protect its confidential and proprietary materials that might be responsive to any written discovery that Plaintiff propounds. Given that Plaintiff's counsel, Mr. Crafton, has been moving this week and dealing with personal matters, some additional time is

needed to reach a stipulated agreement on a protective order or confirm that the Parties will be unable to do so and proceed with motion practice regarding the same. Additionally, Defendant and Plaintiff are working together to ensure that Defendant receives the necessary releases in support of subpoenas for Plaintiff's records. Moreover, Plaintiff reserves the right to set a site inspection under Rule 34.

The Parties will be conducting depositions of the named parties, fact witnesses, treating providers, and any expert witnesses who have yet to be disclosed.

## REASONS FOR REQUESTING AN EXTENSION OF DEADLINES

The Parties have been diligently working to complete discovery in this matter. The Parties anticipate that liability is going to be heavily disputed, warranting more time for the Parties to obtain and review records, retain experts, obtain written reports, resolve any discovery disputes, conduct a physical examination, conduct a site inspection, and analyze all of the foregoing to prepare for dispositive-motion practice and/or trial. Moreover, the effects of COVID-19, while waning in effect, still linger and, as this Honorable Court knows, law firms have experienced significant disruptions to staff and attorneys (including measures such as arranging for staff to work remotely while maintaining security), disruptions in the ability to quickly obtain adequate records, and a reduced ability conduct discovery to the same extent as before the pandemic began. Also, Mr. Beckstead has been with Phillips, Spallas & Angstadt for a couple of months and is still getting up to speed in this and other matters. Accordingly, the Parties request a 120-day extension of the remaining deadlines in this matter, including the deadline to amend pleadings and add Parties that is currently scheduled for June 30, 2021. The Parties have communicated recently about this matter. The Parties believe the foregoing constitutes good cause both to extend that deadline and for doing so within 21 days of the currently scheduled deadline of June 30, 2021 for amending the pleadings and adding parties, while understanding that this Honorable Court will insist on a speedy administration of this case and will not tolerate undue delays or dilatory conduct.

///

///

///

///

**PROPROSED SCHEDULE TO COMPLETE REMAINING DISCOVERY**

According to the Court's Stipulated Discovery Plan and Scheduling Order Under Rule 26(f) and LR 26-1(b) entered on April 28, 2021 [ECF NO. 12], the current deadlines are as follows:

1. Discovery Cut off Date: September 28, 2021
2. Deadline to Amend Pleadings and Add Parties: June 30, 2021
3. Deadline to Disclose Expert Witnesses: July 30, 2021
4. Deadline to Disclose Rebuttal Expert Witnesses: August 30, 2021
5. Dispositive-Motion Deadline: October 28, 2021
6. Filing Pretrial Order: November 29, 2021

The Parties hereby stipulate to the following new deadlines and ask the Court to allow the same:

1. Discovery Cut off Date: January 26, 2022
2. Deadline to Amend Pleadings and Add Parties: October 28, 2021
3. Deadline to Disclose Expert Witnesses: November 29, 2021
4. Deadline to Disclose Rebuttal Expert Witnesses: December 27, 2021
5. Dispositive-Motion Deadline: February 25, 2022
6. Filing Pretrial Order: March 21, 2022

DATED this 25th day of June, 2021.   DATED this 25th day of June, 2021.

/s/ Matthew B. Beckstead, Esq.   /s/ Brice Crafton, Esq.

ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
MATTHEW B. BECKSTEAD, ESQ.
Nevada Bar No. 14168
PHILLIPS SPALLAS & ANGSTADT LLC
504 South Ninth Street
Las Vegas, Nevada 89101

*Attorneys for Defendant Walmart Inc.*

BRICE CRAFTON, ESQ.
Nevada Bar No. 10558
DEAVER | CRAFTON
810 E. Charleston Boulevard
Las Vegas, NV 89104

*Attorneys for Plaintiff*

**IT IS SO ORDERED:**

**UNITED STATES MAGISTRATE JUDGE**

**DATED:  June 28, 2021**