Elizabeth A. Skane, Esq. (Bar No.7181)
eskane@skanemills.com
Sarai L. Thornton, Esq. (Bar No. 11067)
sthornton@skanemills.com
SKANE MILLS LLP
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144
(702) 363-2535 / Fax (702) 363-2534

Attorneys for Defendant, WALMART INC. d/b/a/ WALMART

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

WENDI BRUCE,

           Plaintiff,

    v.

WALMART INC., A FOREIGN Corporation
d/b/a/ WALMART; DOES I through X,
inclusive; ROE CLEANING COMPANY;
ROE REPAIR COMPANY; and ROE
CORPORATIONS 1 through X, inclusive,

           Defendants.

**CASE NO.: 2:21-cv-00534-RFB-DJA**

**SUBSTITUTION OF ATTORNEY**

      Defendant WALMART INC. d/b/a/ WALMART hereby substitutes attorneys, Elizabeth

A. Skane, Esq. and Sarai L. Thornton, Esq. of the law firm SKANE MILLS LLP, located at

1120 Town Center Drive, Suite 200, Las Vegas, Nevada 89144, in the above-entitled action, in

place and stead of Robert K. Phillips, Esq. and Timothy D. Kuhls, Esq. of PHILLIPS,

SPALLAS & ANGSTADT LLC, located at 504 South Ninth Street, Las Vegas, Nevada 89101.

DATED: March 24 , 2022        WALMART INC. d/b/a/ WALMART

                             By: _Matthew Burgess_____

1    Attorney Robert K. Phillips, Esq. and Timothy D. Kuhls, Esq. of PHILLIPS, SPALLAS

2    & ANGSTADT LLC, hereby consents to the substitution of Elizabeth A. Skane, Esq. and Sarai

3    L. Thornton, Esq. of the law firm SKANE MILLS LLP, as attorney of record for Defendant

4    WALMART INC. d/b/a/ WALMART.

6    DATED: March 22nd, 2022    PHILLIPS, SPALLAS & ANGSTADT LLC

By:_____

Robert K. Phillips, Esq. (Bar #11441)
rphillips@psalaw.net
Timothy D. Kuhls, Esq. (Bar #13362)
tkuhls@psalaw.net

12    Attorneys Elizabeth A. Skane, Esq. and Sarai L. Thornton, Esq. of the law firm SKANE

13    MILLS LLP, hereby consent to act as the attorney of record for Defendant WALMART INC.

14    d/b/a/ WALMART in the above-referenced matter in the place and stead of Robert K. Phillips,

15    Esq. and Timothy D. Kuhls, Esq. of PHILLIPS, SPALLAS & ANGSTADT LLC.

17    DATED: March 25th 2022    SKANE MILLS LLP

By:_/s/ Sarai L. Thornton_____

Elizabeth A. Skane, Esq. (Bar #7181)
eskane@skanemills.com
Sarai L. Thornton, Esq. (Bar #11067)
sthornton@skanemills.com

**IT IS SO ORDERED**.

DATED: March 28, 2022

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

2

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March _25th_ 2022, I sent via e-mail a true and correct copy of the above and foregoing **SUBSTITUTION OF ATTORNEY**, through the CM/ECF system of the United States District Court for the District of Nevada (or, if necessary, by U.S. Mail, first class, postage pre-paid), upon the following:

_/s/ Yesenia Lopez-Lutes_
_____
An employee of SKANE MILLS LLP

### SERVICE LIST

| | |
|---|---|
| Nathan S. Deaver, Esq.<br>Brice J. Crafton, Esq.<br>Deaver & Deaver<br>810 E. Charleston Blvd.<br>Las Vegas, NV 89104<br>702-385-5969<br>Fax: 702-385-6939<br>Email: ndeaveratty@gmail.com<br>Email: brice@deavercrafton.com | *Attorneys for Plaintiff,* |