ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
TIMOTHY D. KUHLS, ESQ.
Nevada Bar No. 13362
**PHILLIPS, SPALLAS & ANGSTADT, LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
(702) 938-1511 (Facsimile)
rphillips@psalaw.net
tkuhls@psalaw.net

*Former Counsel for Defendant*
*Walmart Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WENDI BRUCE,<br><br>                Plaintiff,<br>v.<br><br>WALMART, INC., a foreign corporation d/b/a WALMART; DOES I through X, inclusive; ROE CLEANING COMPANY; ROE REPAIR COMPANY; and ROE CORPORATIONS I through X, inclusive,<br><br>                Defendants. | Case No.: 2:21-cv-00534-RFB-DJA<br><br>**MOTION TO WITHDRAW FORMER COUNSEL OF RECORD, THOSE ATTORNEYS AFFILIATED WITH PHILLIPS, SPALLAS & ANGSTADT, LLC, FROM THE ELECTRONIC SERVICE LIST** |

      COMES NOW, former counsel for Defendant, WALMART, INC. d/b/a WALMART ("Defendant" and/or "Walmart"), who hereby petitions this Court, pursuant to Local Rule LR IA 11-6(b), to withdraw those attorneys affiliated with the law firm of PHILLIPS, SPALLAS & ANGSTADT, LLC, from the electronic service list on the above-captioned matter.

      Specifically, undersigned counsel requests the physical address of 504 S. 9th Street, Las Vegas, NV 89101 be removed from the service list. Former counsel also requests the following electronic addresses be removed:

. . .

. . .

- 1 -

| | | |
|---|---|---|
| Robert K. Phillips | rphillips@psalaw.net, | aayres@psalaw.net, |
| afoshee@psalaw.net, | creyes@psalaw.net, | dwilson@psalaw.net, |
| iburton@psalaw.net, | jkephart@psalaw.net, | jpatrick@psalaw.net, |
| jtang@psalaw.net, | laguilar@psalaw.net, | lrobinson@psalaw.net, |
| lvmail@psalaw.net, | lwall@psalaw.net, | mcervantes@psalaw.net, |
| msoto@psalaw.net, | mwessel@psalaw.net, | nhebert@psalaw.net, |
| tkuhls@psalaw.net | | |

Timothy David Kuhls    tkuhls@psalaw.net, amccarty@psalaw.net

Matthew B. Beckstead    mbeckstead@rlattorneys.com,
cwilliams@rlattorneys.com,
sjackson@rlattorneys.com

Megan Elizabeth Wessel    mwessel@psalaw.net

DATED this 30th day of March 2022.

**PHILLIPS, SPALLAS & ANGSTADT, LLC**

_/s/ signature_

ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
TIMOTHY D. KUHLS, ESQ.
Nevada Bar No. 13362
504 South Ninth Street
Las Vegas, Nevada 89101

*Former Counsel for Defendant Walmart Inc.*

**IT IS SO ORDERED**.

DATED: April 1, 2022

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of March 2022, I served a true and correct copy of the foregoing, **MOTION TO WITHDRAW FORMER COUNSEL OF RECORD, THOSE ATTORNEYS AFFILIATED WITH PHILLIPS, SPALLAS & ANGSTADT, LLC, FROM THE ELECTRONIC SERVICE LIST**, as follows:

☐ By facsimile addressed to the following counsel of record, at the address listed below:

☐ By placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada;

☐ By Hand Delivery (ROC); and/or

☒ By Electronic Filing/Service Notification through CM/ECF file and serve to:

| ATTORNEY OF RECORD | TELEPHONE/FAX | PARTY |
|---|---|---|
| NATHAN S. DEAVER, ESQ.<br>Nevada Bar No. 11947<br>BRICE J. CRAFTON, ESQ.<br>Nevada Bar No. 10558<br>DEAVER \| CRAFTON ATTORNEYS AT LAW<br>810 E. Charleston Blvd.<br>Las Vegas, NV 89104 | (702) 385-5969<br>(702) 385-6939 (Fax) | Plaintiff |
| ELIZABETH A. SKANE, ESQ.<br>Nevada Bar No. 7181<br>SARAI L. THORNTON, ESQ.<br>Nevada Bar No. 11067<br>SKANE MILLS LLP<br>1120 Town Center Drive, Suite 200<br>Las Vegas, NV 89144 | Phone: 702-363-2535<br>Fax:    702-363-2534 | Defendant |

*/s/ Joshua J. Kephart*
_____
An Employee of PHILLIPS, SPALLAS & ANGSTADT, LLC