# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WENDI BRUCE,<br><br>          Plaintiff,<br><br>v.<br><br>WALMART INC., A FOREIGN Corporation d/b/a/ WALMART; DOES I through X, inclusive; ROE CLEANING COMPANY; ROE REPAIR COMPANY; and ROE CORPORATIONS 1 through X, inclusive,<br><br>          Defendants. | CASE NO.: 2:21-cv-00534-ART-DJA<br><br>ORDER APPROVING<br><br>STIPULATION AND ORDER FOR DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT WALMART INC., A Foreign Corporation d/b/a/ WALMART, WITH PREJUDICE |

     COMES NOW, Defendant WALMART INC., A Foreign Corporation d/b/a/ WALMART (hereinafter "Defendant"), by and through its counsel of record, the law firm of SKANE MILLS LLP, and hereby advises this Court that Defendant and Plaintiff have recently reached a settlement in the above-captioned matter.

     **IT IS HEREBY STIPULATED** by and between Plaintiff, WENDI BRUCE ("Plaintiff"), by and through her counsel of record, Brice J. Crafton, Esq. of DEAVER CRAFTON, and Defendant WALMART INC., A Foreign Corporation d/b/a/ WALMART, by and through their counsel of record, Elizabeth A. Skane, Esq. and Elizabeth C. Spaur, Esq. of SKANE MILLS LLP, that the Complaint filed by Plaintiff WENDI BRUCE against Defendant

1

1  WALMART INC., A Foreign Corporation d/b/a/ WALMART and any amendments thereafter,
2  are hereby dismissed with prejudice against WALMART INC., A Foreign Corporation d/b/a/
3  WALMART. Each party to bear their own attorneys' fees and costs.

4  **IT IS SO STIPULATED.**

6  DATED this ___ day of April, 2023.      DATED this 10th day of April, 2023.
7  DEAVER | CRAFTON                         SKANE MILLS LLP

                /s/                                    /s/Elizabeth C. Spaur
9  By:_____      By:_____
10 Brice J. Crafton, Esq. (Bar #10558)      Elizabeth C. Spaur, Esq. (Bar #10446)
   brice@deavercrafton.com                  espaur@skanemills.com
11 810 E. Charleston Blvd.                  1120 Town Center Drive, Suite 200
12 Las Vegas, Nevada 89104                  Las Vegas, Nevada 89144

13 Attorney for Plaintiff,                  Attorneys for Defendant,
   WENDI BRUCE                              WALMART INC.,
14                                          A Foreign Corporation d/b/a/ WALMART

26 ///
27 ///
28 ///

2

## ORDER

Based on the foregoing stipulation between the parties and good cause shown,

**IT IS HEREBY ORDERED** that the Complaint filed by Plaintiff, WENDI BRUCE, against Defendant WALMART INC., A Foreign Corporation d/b/a/ WALMART, in the above-captioned matter, United States District Court, Case No. 2:21-cv-00534-ART-DJA, including all claims alleged therein, are hereby dismissed with prejudice as to Defendant WALMART INC., A Foreign Corporation d/b/a/ WALMART. Each party to bear its own attorneys' fees and costs.

DATED: April 11, 2023.

_____
Anne R. Traum
United States District Court Judge